LONG & LUDER, P.A.
9401 Indian Creek Parkway, Ste. 800
Overland Park, Kansas 66225-6287
(913) 491-9300 Telephone

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**PATRIOT RISK MANAGEMENT, INC., f/k/a**
**SUNCOAST HOLDINGS, INC., ET AL.,**

                         Plaintiffs,              **Case No. 2:10-cv-02264-MLB-KMH**

**v.**

**CARSON BANK, ET AL.,**

                         Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

All Plaintiffs (Patriot Risk Management, Inc. (f/k/a SunCoast Holdings, Inc.), Guarantee Insurance Group, Inc. (f/k/a Brandywine Insurance Holdings, Inc.), Patriot Risk Services, Inc., PRS Group, Inc. (f/k/a Patriot Risk Management, Inc.), Patriot Risk Management of Florida, Inc., Patriot Underwriters, Inc. (f/k/a SunCoast Capital, Inc.), and Steven M. Mariano), by and through counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby notify the Court and all counsel that all claims set forth in Plaintiffs' Complaint are hereby dismissed without prejudice.

Respectfully submitted,

**LONG & LUDER, P.A.**

By: s/Scott C. Long

    Scott C. Long     KS#15208
    John R. Weist     KS#16834
    Matthew J. Hempy  KS#20890
    9401 Indian Creek Pkwy., Suite 800
    P.O. Box 26287
    Overland Park, Kansas 66225-6287
    (913) 491-9300 Telephone
    (913) 491-9323 Facsimile
    SLong@LLLaw.com
    JWeist@LLLaw.com
    MHempy@LLLaw.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2010, a true and correct copy of the above and foregoing was served by the method or methods specified below:

  X    By **electronically** filing it with the Court using the CM/ECF system, which sent

notification to all parties of interest participating in the CM/ECF system.

_____ By **hand delivery** to the parties set forth below or on the attached.

_____Via **overnight courier service** in a sealed prepaid envelope.

_____Via **facsimile** to the parties at the fax number set forth below or on the attached.


_____s/Scott C. Long_____
Attorney for Plaintiffs